# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

June 3, 2008

Charles R. Fulbruge III
Clerk

No. 07-51019

In the Matter of: RANDALL M SCHULZE

                  Debtor

--------------------

RANDALL M SCHULZE, Doctor of Chiropractic

                  Appellant

v.

CAP COLLECTION JV7; RANDALL B JOHNSON; CA PARTNERS; N
WEST SHORT; PAULA D EFFLE; N WEST SHORT & ASSOCIATES PC

                  Appellees

Appeal from the United States District Court
for the Western District of Texas, San Antonio
USDC No. 5:05-CV-971

Before KING, HIGGINBOTHAM, and SOUTHWICK, Circuit Judges.

PER CURIAM:[*]

    AFFIRMED.  See 5th Cir. R. 47.6.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.